COPY

Summons in a Civil Action (Rev 11/97)

FILED

2008 FEB -8 PM

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware corporation,<br><br>vs<br><br>PINE LAKE ADVERTISING SPECIALTIES, INC., a Washington corporation; JESSE SITTERUD, an individual, and DOES 1-10, inclusive | **SUMMONS IN A CIVIL ACTION**<br>Case No.<br><br>'08 CV 0250 BTM BLM |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth G. Parker (SBN 182911)
TEUTON, LOEWY & PARKER LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | FEB 0 8 2008 |
| CLERK | DATE |

By J. PARIS, Deputy Clerk

SEAL