# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, Plaintiff, vs. PINE LAKE ADVERTISING SPECIALTIES, INC., ET. AL., Defendant. | CASE NO. 08CV0250 BTM (BLM)<br>ORDER TO SHOW CAUSE |

Plaintiff filed this action asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the action is between citizens of different states. Specifically, although Plaintiff alleges that defendant Pine Lake does business in Washington, Plaintiff does not allege where Pine Lake is incorporated or where its principal place of business is located. Furthermore, Plaintiff does not allege where defendant Sitterud is domiciled. Therefore, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. The parties shall file written responses to this OSC on or before March 21, 2008. The Court sets the OSC for hearing on March 28, 2008 at 11:00 a.m. There shall be no oral argument unless requested by the Court.

IT IS SO ORDERED.

DATED: March 5, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge