KENNETH G. PARKER (SBN 182911)
kparker@tlpfirm.com
TEUTON, LOEWY & PARKER LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612
Telephone: (949) 442-7100
Facsimile: (949) 442-7105

Attorneys for PLAINTIFF
CALLAWAY GOLF COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PINE LAKE ADVERTISING SPECIALIES, INC., a Washington corporation; JESSE SITTERUD, an individual, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 08CV0250 BTM (BLM)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING JURISDICTION** |

This lawsuit is between citizens of different states. Plaintiff Callaway Golf is headquartered and incorporated in California. (Parker Decl. ¶ 2.) Defendant Jesse Sitterud is a resident of Washington. (Parker Decl. ¶ 3, Ex. A.). In addition, Pine Lake Advertising Specialties, Inc. ("Pine Lake") is headquartered and incorporated in the State of Washington. (Parker Decl. ¶ 4, Exs. B and C.) Counsel apologizes for the lack of clarity in its pleadings, but notes that Exhibits B and C reflect Pine Lake's operating address and Mr. Sitterud's residence, and that the Complaint establishes, albeit not terribly clearly, the existence of diversity jurisdiction.

Dated: March 21, 2008

TEUTON, LOEWY & PARKER LLP
KENNETH G. PARKER

Ken Parker

Digitally signed by Ken Parker
DN: cn=Ken Parker, o=TLP, ou, email=kparker@tlpfirm.com, c=US
Date: 2008.03.21 10:46:07 -07'00'

By:____________________________
Kenneth G. Parker
Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

# DECLARATION OF KENNETH G. PARKER

I, Kenneth G. Parker, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I have personal knowledge of the following facts.

2. From 2001 to 2004, I was employed as Corporate Counsel of Callaway Golf, and have represented Callaway Golf from 2001 to present. Callaway Golf maintains its headquarters in Carlsbad, California. Callaway Golf has no offices in the State of Washington.

3. Attached as Exhibit A is the personal Guaranty executed by Mr. Sitterud. It reflects his residence in the State of Washington. In addition, I have spoken to Mr. Sitterud at the following phone number: 206-930-1649. The area code reflects Mr. Sitterud's location in the State of Washington.

4. Attached as Exhibit B is the incorporation record for Pine Lake Advertising Specialties, Inc. ("Pine Lake"), which I have obtained from public records. In addition, Callaway Golf's records reflect Pine Lake's business location in the State of Washington. A copy of an exemplar is attached as Exhibit C. I am informed that none of Callaway Golf's records reflect any headquarters, office or business location in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of March, 2008.

Ken Parker Digitally signed by Ken Parker
DN: cn=Ken Parker, o=TLP, ou, email=kparker@tlpfirm.com, c=US
Date: 2008.03.21 10:46:28 -07'00'

Kenneth G. Parker

47717

# PERSONAL GUARANTY

**Note: Must be completed if "Type of Business" is a Corporation or a Limited Liability Company.**

FOR VALUE RECEIVED FROM CALLAWAY GOLF COMPANY, (hereinafter designated as "Sellers") with principal office at 2285 Rutherford Road, Carlsbad, California 92008-8815 and as inducement to Sellers to sell and deliver goods wares and merchandise to Pine Lake Advertising (Business Name) located at 1420 NW Gilman Blvd Ste 2-2551 (Business Street Address) of the city of Issaquah (City) and the state of WA (State) (hereinafter designated as 'Purchaser's) the undersigned Jesse Sitterud (Name of Guarantor) Located at 541 Wilderness PK Dr NW (Guarantor's Street Address) of the city of Issaquah (City) and the state of WA (State) (hereinafter designated as "Guarantor") hereby guarantee(s) prompt and punctual payment to Sellers and the Seller's subsidiaries and affiliated companies (collectively "Sellers") of any account now owing from Purchaser and for all goods, wares and merchandise hereafter sold and delivered by Sellers to Purchaser. The records of Sellers shall be conclusive with respect to amounts, times and places of delivery of any and all merchandise, and the balance due and owing to Sellers by said Purchaser.

The undersigned expressly waives notice of acceptance of this guarantee, of diligence of presentment, of protest, of notice of nonpayment, of default, and of demand for performance, and specially consents to all extensions of time, renewals, modifications, increases, withdrawals or exchanges of security or advances which may from time to time given to the Sellers by the Purchasers, and the undersigned further agrees that no such extension, renewal or any other relief or action of any type or inaction by the Purchasers as to the Sellers will relieve the undersigned of any liability hereunder. In addition to the amount above mentioned, the Guarantor hereby agrees to pay to Sellers all costs and expenses, including reasonable attorney's fees, which it may incur in attempting to collect from the Purchaser or in the enforcement of this guaranty.

Upon default of the Purchasers, or any of them, the Sellers may, at their option, proceed directly and at once without proceeding against the Purchasers or any other persons, or foreclosing upon, selling, or otherwise disposing of or collecting or applying any property, real or personal, securing said purchases or any renewals or extension thereof. The undersigned hereby waives the right to require the Sellers to proceed against the Purchasers or to pursue any other remedy, waives the right to have the property of the Purchasers first applied to the discharge of the indebtedness guaranteed hereby, and waives the pleading of any statue of limitations as a defense to the obligations hereunder to the full extent permissible by law.

As Guarantor, the undersigned consents to personal jurisdiction and venue in the Superior Court of the State of California, County of San Diego, and the United States District court for the Southern District of California. The Guarantor also agrees that this obligation hereby incurred includes my heirs, assigns and successors, executors and administrators.

All of the terms and conditions of this guaranty shall inure to the benefit of the Sellers and Guarantor and their respective heirs, executors, successors, and assigns.

IN WITNESS WHEREOF the Guarantor has hereunto set his hand at Issaquah (City) WA (State) this 16th (Day) day of Jan. (Month) 20 06 (Year)

Guarantor [signature] (Guarantor's Signature) Witness [signature] (Witness Signature)

Name Jesse Sitterud (Print Name of Guarantor) Courtney Frye (Print Name of witness)

SSN ______ (Social Security Number)

Address 541 Wilderness PK Dr NW (Street Address of Guarantor) Issaquah (City) WA (State) 98027 (Zip)

Address 25123 Roberts Dr (Street Address of Witness) Black Diamond (City) WA (State) 98010 (Zip)

Exhibit A

Washington Secretary of State SAM REED
HOME
Enter Keywords SEARCH

# Corporations

CORPORATIONS MENU PRINT PAGE

## Corporations Division - Registration Data Search

**PINE LAKE ADVERTISING SPECIALTIES, INC.**

| | |
|---|---|
| **UBI Number** | 602086113 |
| **Category** | Regular Corporation |
| **Profit/Nonprofit** | Profit |
| **Active/Inactive** | Active |
| **State of Incorporation** | WA |
| **Date of Incorporation** | 12/21/2000 |
| **License Expiration Date** | 12/31/2007 |
| **Registered Agent Information** | |
| **Agent Name** | JESSE SITTERUD |
| **Address** | 2227 112TH AVE NE STE 200 |
| **City** | BELLEVUE |
| **State** | WA |
| **ZIP** | 98004 |
| **Special Address Information** | |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |

« Return to Search List

**Disclaimer**
Information in the Secretary of State's Online Corporations Database is updated Monday through Friday by 5:00 a.m. Pacific Standard Time (state holidays excluded). Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the

Exhibit B

accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Library | Medals of Merit & Valor | News Releases | Oral History |
Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 753-7115

Phone Numbers | Privacy Policy | Accessibility

Exhibit B

Callaway GOLF

PINE LAKE ADVERTISING
JESSE SITTERUD
2227 112TH AVE NE STE 200
BELLEVUE WA 98004

**Open Items Statement**

Date
12/18/07
Customer Account Number
47717
Fax
866-440-0894
From
Robert Richter

This is the list of open items on your Callaway Golf account as of 12/18/2007.

| Doc. Number | Original Doc. | Date | Due Date | Reference Info. | Amount |
|---|---|---|---|---|---|
| 911913558 | 911913558 | 03/23/07 | 05/22/07 | 805690964 | 1,205.58 |
| 911913559 | 911913559 | 03/23/07 | 05/22/07 | 805690974 | 1,189.29 |
| 911913560 | 911913560 | 03/23/07 | 05/22/07 | 805690980 | 1,909.69 |
| 911913562 | 911913562 | 03/23/07 | 05/22/07 | 805690985 | 973.91 |
| 911913563 | 911913563 | 03/23/07 | 05/22/07 | 805690992 | 712.40 |
| 911913564 | 911913564 | 03/23/07 | 05/22/07 | 805691766 | 1,258.44 |
| 911913565 | 911913565 | 03/23/07 | 05/22/07 | 805691774 | 605.45 |
| 911913568 | 911913568 | 03/23/07 | 05/22/07 | 805692605 | 1,282.81 |
| 911913570 | 911913570 | 03/23/07 | 05/22/07 | 805692656 | 1,206.17 |
| 911913571 | 911913571 | 03/23/07 | 05/22/07 | 805692679 | 1,900.88 |
| 911913572 | 911913572 | 03/23/07 | 05/22/07 | 805692681 | 1,189.85 |
| 911913573 | 911913573 | 03/23/07 | 05/22/07 | 805692803 | 239.32 |
| 911913575 | 911913575 | 03/23/07 | 05/22/07 | 805693778 | 1,187.45 |
| 911932073 | 911932073 | 03/26/07 | 05/25/07 | 805693780 | 1,658.02 |
| 911932074 | 911932074 | 03/26/07 | 05/25/07 | 805693782 | 1,204.97 |
| 911932075 | 911932075 | 03/26/07 | 05/25/07 | 805700865 | 1,947.82 |
| 911932076 | 911932076 | 03/26/07 | 05/25/07 | 805700873 | 2,394.85 |
| 911932077 | 911932077 | 03/26/07 | 05/25/07 | 805704904 | 2,434.70 |
| 911932078 | 911932078 | 03/26/07 | 05/25/07 | 805705352 | 2,434.70 |
| 911932079 | 911932079 | 03/26/07 | 05/25/07 | 805705729 | 2,363.10 |
| 911951075 | 911951075 | 03/27/07 | 05/26/07 | 805717754 | 3,610.37 |
| 911951076 | 911951076 | 03/27/07 | 05/26/07 | 805717789 | 3,651.53 |
| 911951077 | 911951077 | 03/27/07 | 05/26/07 | 805719220 | 4,714.25 |
| 911979121 | 911979121 | 03/29/07 | 05/28/07 | 805631553 | 350.80 |

Exhibit C

PINE LAKE ADVERTISING
2227 112TH AVE NE STE 200
BELLEVUE WA 98004

Date
12/18/07

Page
2

| Doc. Number | Original Doc. | Date | Due Date | Reference Info. | Amount |
|---|---|---|---|---|---|
| 911979122 | 911979122 | 03/29/07 | 05/28/07 | 805629742 | 701.60 |
| 911979123 | 911979123 | 03/29/07 | 05/28/07 | 805629679 | 1,052.40 |
| 911979124 | 911979124 | 03/29/07 | 05/28/07 | 805629727 | 701.60 |
| 911979125 | 911979125 | 03/29/07 | 05/28/07 | 805629755 | 701.60 |
| 911979126 | 911979126 | 03/29/07 | 05/28/07 | 805636225 | 350.80 |
| 912366948 | 912366948 | 05/01/07 | 06/30/07 | 805969180 | 3,240.00 |
| 912366951 | 912366951 | 05/01/07 | 06/30/07 | 805969182 | 810.00 |
| 912366952 | 912366952 | 05/01/07 | 06/30/07 | 805969183 | 1,620.00 |
| 912366953 | 912366953 | 05/01/07 | 06/30/07 | 805969184 | 1,215.00 |
| 912366954 | 912366954 | 05/01/07 | 06/30/07 | 805969185 | 1,215.00 |
| 912366956 | 912366956 | 05/01/07 | 06/30/07 | 805969186 | 1,620.00 |
| 912366959 | 912366959 | 05/01/07 | 06/30/07 | 805969189 | 648.00 |
| 912366961 | 912366961 | 05/01/07 | 06/30/07 | 805969190 | 972.00 |
| 912366963 | 912366963 | 05/01/07 | 06/30/07 | 805969191 | 486.00 |
| 912366964 | 912366964 | 05/01/07 | 06/30/07 | 805969192 | 162.00 |
| 912366966 | 912366966 | 05/01/07 | 06/30/07 | 805969198 | 810.00 |
| 912366968 | 912366968 | 05/01/07 | 06/30/07 | 805969199 | 810.00 |
| 912366969 | 912366969 | 05/01/07 | 06/30/07 | 805969201 | 810.00 |
| 912366970 | 912366970 | 05/01/07 | 06/30/07 | 805969202 | 810.00 |
| 912366971 | 912366971 | 05/01/07 | 06/30/07 | 805969203 | 810.00 |
| 912366972 | 912366972 | 05/01/07 | 06/30/07 | 805969208 | 1,659.40 |
| 912366973 | 912366973 | 05/01/07 | 06/30/07 | 805969210 | 648.00 |
| 912381239 | 912381239 | 05/02/07 | 07/01/07 | 805969187 | 2,350.79 |
| 912381240 | 912381240 | 05/02/07 | 07/01/07 | 805969193 | 2,035.62 |
| 912381242 | 912381242 | 05/02/07 | 07/01/07 | 805969194 | 1,242.49 |
| 912381244 | 912381244 | 05/02/07 | 07/01/07 | 805969197 | 1,573.38 |
| 912381245 | 912381245 | 05/02/07 | 07/01/07 | 805969205 | 1,356.85 |
| 912381246 | 912381246 | 05/02/07 | 07/01/07 | 805969206 | 1,655.25 |
| 912381247 | 912381247 | 05/02/07 | 07/01/07 | 805969207 | 2,469.22 |
| 912419190 | 912419190 | 05/07/07 | 07/06/07 | 805969200 | 1,654.86 |
| 912419191 | 912419191 | 05/07/07 | 07/06/07 | 805969204 | 2,151.50 |
| 912434868 | 912434868 | 05/08/07 | 07/07/07 | 805969196 | 1,620.00 |
| 912449862 | 912449862 | 05/09/07 | 07/08/07 | 805969209 | 1,639.22 |
| 100311993 | 912366950 | 12/18/07 | 06/30/07 | 805969209 | 110.00 |

**Sum Total:** 83,338.93

Exhibit C

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 3121 Michelson Drive, Suite 250, Irvine, California 92612.

On **March 21, 2008**, I served a true and correct copy of the document(s) described as **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING JURISDICTION** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes as set forth below:

Jesse Sitterud
541 Wilderness Park Drive NW
Issaquah, WA 98027
Email: Jesse@pinelakeadvertising.com

Jesse Sitterud
2227 112th Avenue NE, Suite 200
Bellevue, WA 98004

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California as indicated above.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☒ **(By Electronic Delivery)** I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

☐ **(By Hand Delivery)** I caused such document(s) to be delivered by hand to the office of the addressee(s) as indicated above.

☐ **(By Express Service)** I served a true and correct copy enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) as indicated above.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 21, 2008**, at Irvine, California.

JAYNE RIEDEL
Digitally signed by JAYNE RIEDEL
DN: cn=JAYNE RIEDEL, o=Teuton, Loewy & Parker LLP, ou, email=jriedel@tlpfirm.com, c=US
Date: 2008.03.21 11:28:29 -07'00'

Jayne Riedel