**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALLAWAY GOLF COMPANY, Plaintiff, vs. PINE LAKE ADVERTISING SPECIALTIES, et. al., Defendant. | CASE NO. 08CV250 BTM (BLM) ORDER RE: OSC |

On March 5, 2008, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for lack of jurisdiction. Specifically, the Court noted that although Plaintiff asserts that the Court has diversity jurisdiction over this action, it is unclear whether there is complete diversity between the parties. In response, Plaintiff has submitted evidence demonstrating that Defendant Pine Lake is incorporated in Washington and likely has its principal place of business in that state. Plaintiff has also submitted evidence demonstrating that Defendant Jesse Sitterud is a resident of Washington and likely domiciled in that state. The Court is satisfied that diversity jurisdiction exists and this case shall not be remanded at this time. If, in fact, the parties are not completely diverse, Defendants may challenge the Court's jurisdiction with a motion to dismiss.

IT IS SO ORDERED.

DATED: March 24, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge